ALBERT ZAPFE, as Executor of FRANK ZAPFE, Deceased, Respondent, *v.* JOHN MULLINS & SONS, Appellant.

*Zapfe* v. *Mullins & Sons,* 112 App. Div. 916, appeal dismissed.
(Argued June 4, 1906; decided June 12, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1906, which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict in favor of plaintiff and for a new trial in an action to recover for personal injuries alleged to have been received by plaintiff's intestate through defendant's negligence.

The motion was made upon the ground that the appeal was unauthorized, the Court of Appeals having no jurisdiction to entertain it.

*Isaac M. Kapper* for motion.

*Eidlitz & Hulse* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.